## 57910. THE STATE v. WOODS.

SMITH, Judge.

This case is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED MAY 10, 1979 — DECIDED SEPTEMBER 4, 1979.

*Andrew J. Ryan, III, District Attorney,* for appellant. *John R. Calhoun,* for appellee.